IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   No. 4:09CR000295 JMM

KELLY DEAN SHRUM, D.O.
d/b/a ARKANSAS CENTER for WOMEN

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
NOV 17 2010
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: D. Jackson
DEPUTY CLERK

### VERDICT FORM COUNT 1
### MISBRANDING

We, the jury, find KELLY DEAN SHRUM __Not Guilty__ of the
Guilty/ Not Guilty

crime charged in Count One of the Indictment.

If you find the defendant "guilty," you must answer the following:

In which of the following ways was the intrauterine device misbranded?

_____ because its label or labeling was not in such terms as to render it likely to

be read and understood by the ordinary individual under customary

conditions of purchase and use; or

_____ because the label or labeling did not bear adequate directions for its use

(Check each to which the jury unanimously agrees.)

_____
Foreperson

17 Nov 10
Date

If you unanimously find the defendant, Kelly Dean Shrum guilty of the above crime, have your foreperson write "guilty" in the above blank space, sign and date this verdict form. Do not consider the following verdict form.

If you unanimously find the defendant, Kelly Dean Shrum not guilty of the above charge, have your foreperson write "not guilty" in the above blank space. You then must consider whether the defendant is guilty of the crime of misbranding, a lesser-included offense on the following verdict form.

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the crime of misbranding, a lesser-included offense on the following verdict form.

**MISBRANDING, A LESSER-INCLUDED OFFENSE**

We, the jury, find KELLY DEAN SHRUM _____Guilty_____ of the
                                        Guilty/Not Guilty

crime of misbranding, a lesser included offense.

If you find the defendant "guilty," you must answer the following:

In which of the following ways was the intrauterine device misbranded?

    ✓ because its label or labeling was not in such terms as to render it likely to

        be read and understood by the ordinary individual under customary

        conditions of purchase and use; or

    ✓ because the label or labeling did not bear adequate directions for its use

(Check each to which the jury unanimously agrees.)

_____
Foreperson

_17 Nov 10_____
Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.     No. 4:09CR000295 JMM

KELLY DEAN SHRUM, D.O.
d/b/a ARKANSAS CENTER for WOMEN

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF ARKANSAS — NOV 17 2010 — JAMES W. McCORMACK, CLERK — BY: \_\_\_\_ DEPUTY CLERK (IN OPEN COURT)*

### VERDICT FORM COUNT 2
### HEALTH CARE FRAUD

We, the jury, find KELLY DEAN SHRUM __Guilty__ of the
                                    Guilty/ Not Guilty

crime charged in Count Two of the Indictment.

_____
Foreperson

17 Nov 10
_____
Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   No. 4:09CR000295 JMM

KELLY DEAN SHRUM, D.O.
d/b/a ARKANSAS CENTER for WOMEN

*U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
NOV 17 2010
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____ DEPUTY CLERK*

### VERDICT FORM COUNT 3
### MONEY LAUNDERING

We, the jury, find KELLY DEAN SHRUM __*Not Guilty*__ of the
           Guilty/ Not Guilty

crime charged in Count Three of the Indictment.

_____
Foreperson

17 Nov 10
_____
Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.     No. 4:09CR000295 JMM

KELLY DEAN SHRUM, D.O.
d/b/a ARKANSAS CENTER for WOMEN

### VERDICT FORM COUNT 4
### MONEY LAUNDERING

We, the jury, find KELLY DEAN SHRUM ___Not Guilty___ of the
                                        Guilty/ Not Guilty

crime charged in Count Four of the Indictment.

_____
Foreperson

_17 Nov 10_
Date

*[Filed stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS, FILED NOV 17 2010, IN OPEN COURT, JAMES W. McCORMACK, CLERK, BY: Deputy Clerk]*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   No. 4:09CR000295 JMM

KELLY DEAN SHRUM, D.O.
d/b/a ARKANSAS CENTER for WOMEN

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
NOV 17 2010
JAMES W. McCORMACK, CLERK
IN OPEN COURT
BY: _____ DEPUTY CLERK

VERDICT FORM COUNT 5
MONEY LAUNDERING

We, the jury, find KELLY DEAN SHRUM __Not Guilty__ of the
                                      Guilty/ Not Guilty

crime charged in Count Five of the Indictment.

_____
Foreperson

17 Nov 10
_____
Date