IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  No. 4:09CR 000295 JMM

KELLY DEAN SHRUM, D.O.
d/b/a ARKANSAS CENTER for WOMEN

## SPECIAL VERDICT FORM 1

We, the jury, unanimously find that the government proved by a preponderance of the evidence that certain monies constitute proceeds of the health care fraud violation charged in count Two of the Indictment.

YES __X__
NO _____

Only if you answer "YES" above, fill in one or both of the statements below with the amount you find, if any.

We, the jury, unanimously find by a preponderance of the evidence that $ 75,000.00 constitutes proceeds of the health care fraud violation received from Medicaid.

We, the jury, unanimously find by a preponderance of the evidence that $ _____ constitutes proceeds of the health care fraud violation received from private payors.

_____
Foreperson

17 Nov 10
Date