IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

VS.                                              NO. 4:09CR00295 JMM

KELLY DEAN SHRUM

                                                            DEFENDANT

d/b/a ARKANSAS CENTER

FOR WOMEN

## ORDER

Upon consideration of the Motion for Leave for Award under A.C.A § 5-55-113 the Court does hereby order as follows:

1.  That pursuant to A.C.A § 5-55-113 (a):

    The court may pay a person such sums, not exceeding ten percent (10%) of the aggregate penalty recovered, as the court may deem just, for information the person may have provided that led to detecting and bringing to trial and punishment a person guilty of violating the Medicaid fraud laws.

2.  The Arkansas Attorney General's Office has acknowledged in their response to Petitioner's Motion, that the Petitioner, Michael Townsend, was the original source of information that led to the arrest and conviction of Kelly Dean Shrum for committing Medicaid fraud. In its response the Arkansas Attorney General's Office did not object to said award pursuant to A.C.A.§ 5-55-113.

3.  That the Arkansas Attorney General's Office has received the sum of One

Hundred Sixty Two Thousand One Hundred and Ninety Eight Dollars and Twenty Four Cents ($162,198.24) from Defendant, Kelly Dean Shrum, as full restitution for monies illegally billed to the government. Said funds have been delivered to Arkansas Attorney General's office by the United States Probation Office to be applied for restitution to the government for the improper billings generated from the Medicaid fraud perpetrated by Defendant, Kelly Dean Shrum.

4. Michael Townsend is hereby awarded Sixteen Thousand Two Hundred and Nineteen Dollars and Eight Two Cents ($16,219.82) pursuant to A.C.A §5-55-113, which represents ten percent (10%) of the aggregated penalty of the $162,198.24 recovered by the government from the Defendant, Kelly Dean Shrum.

5. That the payment of these monies by the government and the recovery of these monies by Michael Townsend does not preclude, impair or hinder any other rights of recovery or remedies available to Michael Townsend under federal or state law.

IT IS SO ORDERED

_____
James M. Moody
United States District Judge

Date:   August 23, 2013

Prepared by:

_____
Robert R. Cortinez, II Ar Bar 91117
P. O. Box 217
Little Rock, AR 72203
(501) 372-6000