IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              NO. 4:09CR00295 JM

KELLY DEAN SHRUM D.O.
d/b/a ARKANSAS CENTER FOR
WOMEN

## ORDER

Pending are the Defendant's motions to modify conditions of probation and for early termination of probation. (Docket #'s 185 and 186). The motions are unopposed. For good cause shown, Defendant's motion to modify the conditions of his probation is GRANTED. The condition of probation requiring Dr. Shrum to perform 200 hours of community service per year is modified to require Dr. Shrum to perform a total of 1000 hours of community service within the term of his probation. Dr. Shrum has completed this requirement.

For good cause shown, the motion for early termination of probation is also GRANTED. The term of probation set forth in the judgment of conviction entered on October 3, 2011 (DE #149) is hereby terminated. The Clerk of the Court is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 12th day of May, 2014.

_____
James M. Moody Jr.
United States District Judge